

# Fourth Court of Appeals
## San Antonio, Texas

November 13, 2018

No. 04-18-00537-CR

Teanna Danielle Nuputi **SAN NICOLAS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR9270-C
Honorable Jefferson Moore, Judge Presiding

# O R D E R

The reporter's record was originally due September 24, 2018. When court reporter Debra Doolittle failed to file her portion of the record, we issued her a notice pursuant to Rule 37.3. *See* Tex. R. App. P. 37.3. In response, Ms. Doolittle filed a notification of late record asking for additional time in which to file her portion of the reporter's record. We granted Ms. Doolittle's request and ordered her to file her portion of the record in this court on or before November 1, 2018. When no record was filed, the clerk's office of this court contacted Ms. Doolittle by telephone. In response, on November 7, 2018, Ms. Doolittle filed her second notification of late record asking that we extend time to file the record to December 1, 2018. After review, we **GRANT** the requested extension and **ORDER** Ms. Doolittle to file her portion of the reporter's record in this court **on or before December 1, 2018.**

We **order** the clerk of this court to serve a copy of this order on all counsel and court reporter Debra Doolittle.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of November, 2018.



KEITH E. HOTTLE,
Clerk of Court